Hearing Date: January 13, 2011
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St., Courtroom 644
   Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| ZIMMERMAN, STEVEN A | § | Case No. 10-14226 |
| KOPINSKI-ZIMMERMAN, CHRISTINA M | § | |
| | § | Hon. Pamela S. Hollis |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Kenneth S. Gardner
   Clerk of the U.S. Bankruptcy Court
   219 S. Dearborn, 7th Floor
   Chicago, Illinois  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
   10:30 a.m.
   on January 13, 2011
   in Courtroom 644, U.S. Courthouse
   219 S. Dearborn St., Chicago, IL

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Kenneth Gardner_____
                                              Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
 19 S. LaSalle St., Suite 1500, Chicago, IL 60603

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ZIMMERMAN, STEVEN A | § | Case No. 10-14226 |
| KOPINSKI-ZIMMERMAN, CHRISTINA M | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 40,000.63 |
| and approved disbursements of | $ | 26,535.00 |
| leaving a balance on hand of[1] | $ | 13,465.63 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 3,402.56 | $ 0.00 | $ 3,402.56 |
| Attorney for Trustee Fees: BALDI BERG & WALLACE, LTD. | $ 4,465.50 | $ 0.00 | $ 4,465.50 |
| Total to be paid for chapter 7 administrative expenses | | $ | 7,868.06 |
| Remaining Balance | | $ | 5,597.57 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 57,141.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 5,870.62 | $ 0.00 | $ 575.09 |
| 000002 | Discover Bank | $ 5,714.44 | $ 0.00 | $ 559.79 |
| 000003 | PYOD LLC its successors and assigns as assignee of | $ 1,949.13 | $ 0.00 | $ 190.94 |
| 000004 | Chase Bank USA, N.A. | $ 4,219.25 | $ 0.00 | $ 413.32 |
| 000006 | 1st Security Bank of Washington | $ 18,715.07 | $ 0.00 | $ 1,833.33 |
| 000007 | GE Money Bank | $ 2,147.26 | $ 0.00 | $ 210.35 |
| 000008 | Fia Card Services, NA/Bank of America | $ 2,544.69 | $ 0.00 | $ 249.28 |
| 000009 | Fia Card Services, NA/Bank of America | $ 6,937.23 | $ 0.00 | $ 679.57 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Fia Card Services, NA/Bank of America | $ 2,610.05 | $ 0.00 | $ 255.68 |
| 000011 | Chase Bank USA NA | $ 5,291.46 | $ 0.00 | $ 518.35 |
| 000012 | Chase Bank USA NA | $ 1,142.01 | $ 0.00 | $ 111.87 |
| | Total to be paid to timely general unsecured creditors | | | $ 5,597.57 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____
Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Case 10-14226    Doc 36    Filed 11/23/10    Entered 11/20/10 13:32:50    Desc Main
Document      Page 5 of 6

# Notice Recipients

District/Off: 0752−1     User: lhatch     Date Created: 11/24/2010
Case: 10−14226     Form ID: pdf006     Total: 34

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Steven A Zimmerman | 4230 N Whipple  Apt 2G  Chicago, IL 60618 |
| jdb | Christina M Kopinski−Zimmerman | 4230 N Whipple  Apt 2G  Chicago, IL 60618 |
| tr | Joseph A Baldi, Tr | Joseph Baldi &Associates  19 S Lasalle Street Suite 1500  Chicago, IL 60603 |
| aty | Gina B Krol, ESQ | Cohen &Krol  105 West Madison Street #1100  Chicago, IL 60602 |
| aty | Joseph A Baldi | Joseph Baldi &Associates  19 S Lasalle Street Suite 1500  Chicago, IL 60603 |
| aty | Yan Teytelman | Cohen &Krol  105 West Madison St.  Suite 1100  Chicago, IL 60602 |
| 16018677 | 1st Security Bank of Washington | ATTN: Kathy VonHagel  PO Box 97000  Lynnwood, WA 98046 |
| 15348717 | 1st Security bank of Washington | PO Box 97000  Lynnwood, WA 98046 |
| 15348718 | Bank of America | PO Box 15026  Wilmington, DE 19850−5026 |
| 15348719 | Bank of America | PO Box 15026  Wilmington, DE 19850−5026 |
| 15348720 | Bank of America | PO Box 15026  Wilmington, DE 19850−5026 |
| 15348721 | Capital One | PO Box 85167  Richmond, VA 23285−5167 |
| 15348722 | Chase | PO Box 15298  Wilmington, DE 19850−5298 |
| 15348723 | Chase | PO Box 15298  Wilmington, DE 19850−5298 |
| 16166278 | Chase Bank USA NA | PO Box 15145  Wilmington, DE 19850−5145 |
| 15861879 | Chase Bank USA, N.A. | PO Box 15145  Wilmington, DE 19850−5145 |
| 15348724 | Citi Bank (Sears) | PO Box 182082  Columbus, OH 43218−3082 |
| 15348725 | Clark County Treasurer | PO Box 5000  Vancouver, WA 98666−5000 |
| 15348726 | Discover | Discover Personal Loans  PO Box 30954  Salt Lake City, UT 84130−0954 |
| 15768037 | Discover Bank | Dfs Services LLC  PO Box 3025  New Albany, OH 43054−3025 |
| 15348727 | Discover Financial Services | PO Box 30943  Salt Lake City, UT 84130−0943 |
| 15348728 | Discover Financial Services | PO Box 30943  Salt Lake City, UT 84130−0943 |
| 16163104 | Fia Card Services, NA/Bank of America | by American Infosource Lp As Its Agent  PO Box 248809  Oklahoma City, OK 73124−8809 |
| 16045818 | GE Money Bank | c/o Recovery Management Systems Corporat  25 SE 2nd Ave Suite 1120  Miami FL 33131−1605 |
| 15348729 | GMAC Automotive Financing | PO Box 380901  Minneapolis, MN 55438 |
| 15348730 | Jaffe &Asher LLP | Attn: Joseph Horn  600 Third Avenue  New York, NY 10016 |
| 15348731 | Lowes | PO Box 530914  Atlanta, GA 30353−0914 |
| 15825466 | PYOD LLC its successors and assigns as assignee of | Citibank, NA  c/o Resurgent Capital Services  PO Box 19008  Greenville, SC 29602− |
| 15348732 | Target | Target National Bank  PO Box 59317  Minneapolis, MN 55459−0317 |
| 15348733 | Wells Fargo | PO Box 10335  Des Moines, IA 50306 |
| 15978800 | Wells Fargo Bank | 1 Home Campus  MAC X2303−01A  Des Moines IA 50328 |
| 15348734 | Wells Fargo, N.A. | PO Box 515485  Los Angeles, CA 90051−6785 |
| 15348735 | Zwicker &Associates, P.C. | 80 Minuteman Rd.  Andover, MA 01810−1008 |
| 15348736 | Zwicker &Associates, P.C. | 80 Minuteman Rd.  Andover, MA 01810−1008 |

TOTAL: 34