Hearing Date: January 13, 2011
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St., Courtroom 644
Chicago, IL 60604

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| ZIMMERMAN, STEVEN A | § | Case No. 10-14226 |
| KOPINSKI-ZIMMERMAN, CHRISTINA M | § | |
| | § | Hon. Pamela S. Hollis |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  Kenneth S. Gardner
  Clerk of the U.S. Bankruptcy Court
  219 S. Dearborn, 7th Floor
  Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at:
  10:30 a.m.
  on January 13, 2011
  in Courtroom 644, U.S. Courthouse
  219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____  By: Kenneth Gardner_____
                                        Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St., Suite 1500, Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ZIMMERMAN, STEVEN A | § | Case No. 10-14226 |
| KOPINSKI-ZIMMERMAN, CHRISTINA M | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 40,000.63 |
| and approved disbursements of | $ | 26,535.00 |
| leaving a balance on hand of[1] | $ | 13,465.63 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 3,402.56 | $ 0.00 | $ 3,402.56 |
| Attorney for Trustee Fees: BALDI BERG & WALLACE, LTD. | $ 4,465.50 | $ 0.00 | $ 4,465.50 |
| Total to be paid for chapter 7 administrative expenses | | $ | 7,868.06 |
| Remaining Balance | | $ | 5,597.57 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 57,141.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 5,870.62 | $ 0.00 | $ 575.09 |
| 000002 | Discover Bank | $ 5,714.44 | $ 0.00 | $ 559.79 |
| 000003 | PYOD LLC its successors and assigns as assignee of | $ 1,949.13 | $ 0.00 | $ 190.94 |
| 000004 | Chase Bank USA, N.A. | $ 4,219.25 | $ 0.00 | $ 413.32 |
| 000006 | 1st Security Bank of Washington | $ 18,715.07 | $ 0.00 | $ 1,833.33 |
| 000007 | GE Money Bank | $ 2,147.26 | $ 0.00 | $ 210.35 |
| 000008 | Fia Card Services, NA/Bank of America | $ 2,544.69 | $ 0.00 | $ 249.28 |
| 000009 | Fia Card Services, NA/Bank of America | $ 6,937.23 | $ 0.00 | $ 679.57 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Fia Card Services, NA/Bank of America | $ 2,610.05 | $ 0.00 | $ 255.68 |
| 000011 | Chase Bank USA NA | $ 5,291.46 | $ 0.00 | $ 518.35 |
| 000012 | Chase Bank USA NA | $ 1,142.01 | $ 0.00 | $ 111.87 |

Total to be paid to timely general unsecured creditors $ 5,597.57

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____
Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Case 10-14226 Doc 36 Filed 12/01/10 Entered 12/02/10 19:53:04 Desc PDF
Final Report/Applications-Notice Recipients Page 1 of 1

Case 10-14226 Doc 36-6 Filed 12/01/10 Entered 12/02/10 19:53:02:56 Desc Imaged
Certificate of Service Page 6 of 8

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: lhatch | Date Created: 11/24/2010 |
| Case: 10−14226 | Form ID: pdf006 | Total: 34 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Steven A Zimmerman | 4230 N Whipple | Apt 2G | Chicago, IL 60618 | |
| jdb | Christina M Kopinski−Zimmerman | | 4230 N Whipple | Apt 2G | Chicago, IL 60618 |
| tr | Joseph A Baldi, Tr | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 | |
| aty | Gina B Krol, ESQ | Cohen &Krol | 105 West Madison Street #1100 | Chicago, IL 60602 | |
| aty | Joseph A Baldi | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 | |
| aty | Yan Teytelman | Cohen &Krol | 105 West Madison St. | Suite 1100 | Chicago, IL 60602 |
| 16018677 | 1st Security Bank of Washington | ATTN: Kathy VonHagel | PO Box 97000 | Lynnwood, WA 98046 | |
| 15348717 | 1st Security bank of Washington | PO Box 97000 | Lynnwood, WA 98046 | | |
| 15348718 | Bank of America | PO Box 15026 | Wilmington, DE 19850−5026 | | |
| 15348719 | Bank of America | PO Box 15026 | Wilmington, DE 19850−5026 | | |
| 15348720 | Bank of America | PO Box 15026 | Wilmington, DE 19850−5026 | | |
| 15348721 | Capital One | PO Box 85167 | Richmond, VA 23285−5167 | | |
| 15348722 | Chase | PO Box 15298 | Wilmington, DE 19850−5298 | | |
| 15348723 | Chase | PO Box 15298 | Wilmington, DE 19850−5298 | | |
| 16166278 | Chase Bank USA NA | PO Box 15145 | Wilmington, DE 19850−5145 | | |
| 15861879 | Chase Bank USA, N.A. | PO Box 15145 | Wilmington, DE 19850−5145 | | |
| 15348724 | Citi Bank (Sears) | PO Box 182082 | Columbus, OH 43218−3082 | | |
| 15348725 | Clark County Treasurer | PO Box 5000 | Vancouver, WA 98666−5000 | | |
| 15348726 | Discover | Discover Personal Loans | PO Box 30954 | Salt Lake City, UT 84130−0954 | |
| 15768037 | Discover Bank | Dfs Services LLC | PO Box 3025 | New Albany, OH 43054−3025 | |
| 15348727 | Discover Financial Services | PO Box 30943 | Salt Lake City, UT 84130−0943 | | |
| 15348728 | Discover Financial Services | PO Box 30943 | Salt Lake City, UT 84130−0943 | | |
| 16163104 | Fia Card Services, NA/Bank of America | by American Infosource Lp As Its Agent | PO Box 248809 | Oklahoma City, OK 73124−8809 | |
| 16045818 | GE Money Bank | c/o Recovery Management Systems Corporat | 25 SE 2nd Ave Suite 1120 | Miami FL 33131−1605 | |
| 15348729 | GMAC Automotive Financing | PO Box 380901 | Minneapolis, MN 55438 | | |
| 15348730 | Jaffe &Asher LLP | Attn: Joseph Horn | 600 Third Avenue | New York, NY 10016 | |
| 15348731 | Lowes | PO Box 530914 | Atlanta, GA 30353−0914 | | |
| 15825466 | PYOD LLC its successors and assigns as assignee of | Citibank, NA | c/o Resurgent Capital Services | PO Box 19008 | Greenville, SC 29602− |
| 15348732 | Target | Target National Bank | PO Box 59317 | Minneapolis, MN 55459−0317 | |
| 15348733 | Wells Fargo | PO Box 10335 | Des Moines, IA 50306 | | |
| 15978800 | Wells Fargo Bank | 1 Home Campus | MAC X2303−01A | Des Moines IA 50328 | |
| 15348734 | Wells Fargo, N.A. | PO Box 515485 | Los Angeles, CA 90051−6785 | | |
| 15348735 | Zwicker &Associates, P.C. | 80 Minuteman Rd. | Andover, MA 01810−1008 | | |
| 15348736 | Zwicker &Associates, P.C. | 80 Minuteman Rd. | Andover, MA 01810−1008 | | |

TOTAL: 34

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: lhatch                  Page 1 of 2                  Date Rcvd: Nov 30, 2010
Case: 10-14226                Form ID: pdf006               Total Noticed: 27

The following entities were noticed by first class mail on Dec 02, 2010.
db/jdb         +Steven A Zimmerman,    Christina M Kopinski-Zimmerman,    4230 N Whipple,   Apt 2G,
                 Chicago, IL 60618-2539
aty            +Gina B Krol, ESQ,    Cohen & Krol,   105 West Madison Street #1100,    Chicago, IL 60602-4600
aty            +Joseph A Baldi,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
                 Chicago, IL 60603-1413
aty            +Yan Teytelman,    Cohen & Krol,   105 West Madison St.,    Suite 1100,   Chicago, IL 60602-4600
tr             +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
                 Chicago, IL 60603-1413
16018677       +1st Security Bank of Washington,    ATTN: Kathy VonHagel,    PO Box 97000,
                 Lynnwood, WA 98046-9700
15348717       +1st Security bank of Washington,    PO Box 97000,   Lynnwood, WA 98046-9700
15348718        Bank of America,    PO Box 15026,   Wilmington, DE 19850-5026
15348722        Chase,    PO Box 15298,   Wilmington, DE 19850-5298
16166278        Chase Bank USA NA,    PO Box 15145,   Wilmington, DE 19850-5145
15861879        Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
15348724       +Citi Bank (Sears),    PO Box 182082,   Columbus, OH 43218
15348725        Clark County Treasurer,    PO Box 5000,   Vancouver, WA 98666-5000
15348729       +GMAC Automotive Financing,    PO Box 380901,   Minneapolis, MN 55438-0901
15348730       +Jaffe & Asher LLP,    Attn: Joseph Horn,    600 Third Avenue,    New York, NY 10016-1901
15825466       +PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
                 c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
15348732        Target,    Target National Bank,    PO Box 59317,   Minneapolis, MN 55459-0317
15348733       +Wells Fargo,    PO Box 10335,   Des Moines, IA 50306-0335
15978800       +Wells Fargo Bank,    1 Home Campus,    MAC X2303-01A,    Des Moines IA 50328-0001
15348734        Wells Fargo, N.A.,    PO Box 515485,   Los Angeles, CA 90051-6785
15348735        Zwicker & Associates, P.C.,    80 Minuteman Rd.,    Andover, MA 01810-1008
The following entities were noticed by electronic transmission on Dec 01, 2010.
15348726        E-mail/PDF: mrdiscen@discoverfinancial.com Dec 01 2010 01:40:22     Discover,
                 Discover Personal Loans,    PO Box 30954,   Salt Lake City, UT 84130-0954
15348727        E-mail/PDF: mrdiscen@discoverfinancial.com Dec 01 2010 01:40:22     Discover Financial Services,
                 PO Box 30943,   Salt Lake City, UT 84130-0943
15768037        E-mail/PDF: mrdiscen@discoverfinancial.com Dec 01 2010 01:40:22     Discover Bank,
                 Dfs Services LLC,    PO Box 3025,   New Albany, OH 43054-3025
16163104        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 01 2010 01:39:46
                 Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                 Oklahoma City, OK 73124-8809
16045818        E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2010 01:50:26     GE Money Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15348731        E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2010 01:50:26     Lowes,    PO Box 530914,
                 Atlanta, GA 30353-0914
                                                                                               TOTAL: 6
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15348719*      Bank of America,    PO Box 15026,   Wilmington, DE 19850-5026
15348720*      Bank of America,    PO Box 15026,   Wilmington, DE 19850-5026
15348723*      Chase,    PO Box 15298,   Wilmington, DE 19850-5298
15348728*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
               (address filed with court: Discover Financial Services,    PO Box 30943,
                 Salt Lake City, UT 84130-0943)
15348736*      Zwicker & Associates, P.C.,    80 Minuteman Rd.,    Andover, MA 01810-1008
15348721      ##Capital One,   PO Box 85167,   Richmond, VA 23285-5167
                                                                                   TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: lhatch           Page 2 of 2              Date Rcvd: Nov 30, 2010
Case: 10-14226                Form ID: pdf006        Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 02, 2010**                              **Signature:**   *Joseph Speetjens*