UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
ZIMMERMAN, STEVEN A                       §    Case No. 10-14226
KOPINSKI-ZIMMERMAN, CHRISTINA             §
M                                         §
                                          §
         Debtor(s)                        §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Joseph A. Baldi, Trustee_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Christina Kopinski-Zimmerman |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 1st Security bank of Washington PO Box 97000 Lynnwood, WA 98046 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC Automotive Financing PO Box 380901 Minneapolis, MN 55438 | | | | | |
| | Wells Fargo PO Box 10335 Des Moines, IA 50306 | | | | | |
| | Wells Fargo, N.A. PO Box 515485 Los Angeles, CA 90051-6785 | | | | | |
| 000005 | WELLS FARGO BANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| WASHINGTON STATE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Clark County Treasurer PO Box 5000 Vancouver, WA 98666-5000 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One PO Box 85167 Richmond, VA 23285-5167 | | | | | |
| | Discover Discover Personal Loans PO Box 30954 Salt Lake City, UT 84130-0954 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Target Target National Bank PO Box 59317 Minneapolis, MN 55459-0317 |  |  |  |  |  |
| 000006 | 1ST SECURITY BANK OF WASHINGTON |  |  |  |  |  |
| 000011 | CHASE BANK USA NA |  |  |  |  |  |
| 000012 | CHASE BANK USA NA |  |  |  |  |  |
| 000004 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 000001 | DISCOVER BANK |  |  |  |  |  |
| 000002 | DISCOVER BANK |  |  |  |  |  |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERI |  |  |  |  |  |
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERI |  |  |  |  |  |
| 000010 | FIA CARD SERVICES, NA/BANK OF AMERI |  |  |  |  |  |
| 000007 | GE MONEY BANK |  |  |  |  |  |
| 000003 | PYOD LLC ITS SUCCESSORS AND ASSIGNS |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-14226 | PSH | Judge: Pamela S. Hollis | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | ZIMMERMAN, STEVEN A | | | Date Filed (f) or Converted (c): | 03/31/10 (f) |
| | KOPINSKI-ZIMMERMAN, CHRISTINA M | | | 341(a) Meeting Date: | 05/24/10 |
| For Period Ending: | 02/03/11 | | | Claims Bar Date: | 09/22/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 18307 SE 16th St. Vancouver, WA 98683 | 225,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash in wallets | 150.00 | 0.00 | | 0.00 | FA |
| 3. TCF Bank | 4,700.00 | 4,500.00 | | 4,500.00 | FA |
| Pursuant to order 7/22/10, Trustee recovered the proceeds of the settlement of the cause of action (see asset 12). From those proceeds, Trustee paid the Debtor her claimed exemption in the cause of action, less the nonexmpt proceeds of this bank account | | | | | |
| 4. TCF Bank | 2,430.00 | 2,230.00 | | 2,230.00 | FA |
| Pursuant to order 7/22/10, Trustee recovered the proceeds of the settlement of the cause of action (see asset 12). From those proceeds, Trustee paid the Debtor her claimed exemption in the cause of action, less the nonexmpt proceeds of this bank account | | | | | |
| 5. Security Deposit for 4230G N. Whipple St. | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. washer/dryer, powerbook G4 lapop, imac g5, kitchen | 5,000.00 | 0.00 | | 0.00 | FA |
| 7. used college textbooks, leisure reading | 300.00 | 0.00 | | 0.00 | FA |
| 8. men's, women's, and children's clothes | 200.00 | 0.00 | | 0.00 | FA |
| 9. engagement ring, wedding bands | 750.00 | 0.00 | | 0.00 | FA |
| 10. frisbees, baseball gloves | 20.00 | 0.00 | | 0.00 | FA |
| 11. 529 Plan for daughter | 3,000.00 | 0.00 | | 0.00 | FA |
| 12. Possible cause of action against former employer f | 0.00 | 13,065.00 | | 33,270.00 | FA |
| Pursuant to order dated 7/22/10 compromising this cauase of action, Trustee recovered $40,000 less applicable withholding. Debtor has 75% exemption under Washington law and agreed to pay a portion of exempt funds to reimburse estate for non-exempt bank accounts not turned over on filing. | | | | | |
| 13. 2003 Saturn Ion Coupe | 2,900.00 | 0.00 | | 0.00 | FA |
| 14. 2005 Saturn Vue | 5,500.00 | 0.00 | | 0.00 | FA |

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Ver: 16.01c

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 10-14226 PSH Judge: Pamela S. Hollis | | | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | ZIMMERMAN, STEVEN A | | | Date Filed (f) or Converted (c): | 03/31/10 (f) |
| | KOPINSKI-ZIMMERMAN, CHRISTINA M | | | 341(a) Meeting Date: | 05/24/10 |
| | | | | Claims Bar Date: | 09/22/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. desk, printer | 150.00 | 0.00 | | 0.00 | FA |
| 16. 2 dogs | 0.00 | Unknown | | 0.00 | FA |
| 17. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.78 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $251,600.00 | $19,795.00 | | $40,001.78 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee settled Debtor's wrongful discharge claim against her former employer, Clark College, for $40,000 and resolved
Debtor's claimed exemption in proceeds; TFR filed; Final hearing held on 1/13/11; final distribution checks issued; upon
 receiving a zero balance bank statement, Trustee will prepare and file his TDR

Initial Projected Date of Final Report (TFR):   / /         Current Projected Date of Final Report (TFR):   / /

FORM 2    Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit 9

| Case No: | 10-14226 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | ZIMMERMAN, STEVEN A | Bank Name: | Bank of America, N.A. |
| | KOPINSKI-ZIMMERMAN, CHRISTINA M | Account Number / CD #: | *******6448 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2446 | | |
| For Period Ending: | 02/03/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check/Ref | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/13/10 | 3, 4, 12 | CLARK COLLEGE<br>1933 Fort Vancouver Way<br>Vancouver, WA 98663-3598 | SETTLEMENT | | 26,940.00 | | 26,940.00 |
| | | CLARK COLLEGE | Memo Amount: 40,000.00<br>SETTLEMENT | 1129-000 | | | |
| | | WASHINGTON STATE | Memo Amount: ( 13,060.00 )<br>State and Federall W/H Taxes | 2820-000 | | | |
| 08/31/10 | 17 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 26,940.30 |
| 08/31/10 | 17 | Transfer to Acct #*******6477 | Bank Funds Transfer<br>Tranfer funds to pay Debtor's exemption. | 9999-000 | | 13,475.00 | 13,465.30 |
| 09/30/10 | 17 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.33 | | 13,465.63 |
| 10/29/10 | 17 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,465.97 |
| 11/30/10 | 17 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.33 | | 13,466.30 |
| 12/31/10 | 17 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 13,466.64 |
| 01/17/11 | 17 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.14 | | 13,466.78 |
| 01/17/11 | 17 | Transfer to Acct #*******6477 | Final Posting Transfer<br>For Final Distribution | 9999-000 | | 13,466.78 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Account *******6448 | Balance Forward | 0.00 | |
| | | 1 | Deposits | 26,940.00 | 0 Checks 0.00 |
| | | 6 | Interest Postings | 1.78 | 0 Adjustments Out 0.00 |
| Memo Allocation Receipts: | 40,000.00 | | Subtotal | $ 26,941.78 | 2 Transfers Out 26,941.78 |
| Memo Allocation Disbursements: | 13,060.00 | | | | Total $ 26,941.78 |
| Memo Allocation Net: | 26,940.00 | 0 | Adjustments In | 0.00 | |
| | | 0 | Transfers In | 0.00 | |
| | | | Total | $ 26,941.78 | |

LFORM2T4    UST Form 101-7-TDR (10/1/2010) *(Page: 10)*    Ver: 16.01c

FORM 2     Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD     Exhibit 9

| | |
|---|---|
| Case No: | 10-14226 -PSH |
| Case Name: | ZIMMERMAN, STEVEN A |
| | KOPINSKI-ZIMMERMAN, CHRISTINA M |
| Taxpayer ID No: | *******2446 |
| For Period Ending: | 02/03/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6477 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/10 | | Transfer from Acct #*******6448 | Bank Funds Transfer | 9999-000 | 13,475.00 | | 13,475.00 |
| | | | Tranfer funds to pay Debtor's exemption. | | | | |
| 08/31/10 | 001001 | Christina Kopinski-Zimmerman | Debtor's Exemption | 8100-002 | | 13,475.00 | 0.00 |
| | | 4230 N. Whipple Street   Apt 2-G | Per Court Order dtd 7-22-10 | | | | |
| | | Chicago   IL 60618 | Debtor's exemption of $20,205.00 less payment for | | | | |
| | | | non exempt bank accounts of $6,730.00 retained by | | | | |
| | | | estate per court order | | | | |
| 01/17/11 | | Transfer from Acct #*******6448 | Transfer In From MMA Account | 9999-000 | 13,466.78 | | 13,466.78 |
| | | | For Final Distribution | | | | |
| 01/17/11 | 001002 | BALDI BERG & WALLACE, LTD. | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,465.50 | 9,001.28 |
| | | 19 South LaSalle Street | | | | | |
| | | Suite 1500 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 01/17/11 | 001003 | JOSEPH A. BALDI , as Trustee | Trustee Compensation | 2100-000 | | 3,402.56 | 5,598.72 |
| | | 19 S. LaSalle Street | | | | | |
| | | Suite 1500 | | | | | |
| | | Chicago, Illinois 60603 | | | | | |
| 01/17/11 | 001004 | Discover Bank | Claim 000001, Payment 9.80% | 7100-000 | | 575.21 | 5,023.51 |
| | | Dfs Services LLC | | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, OH 43054-3025 | | | | | |
| 01/17/11 | 001005 | Discover Bank | Claim 000002, Payment 9.80% | 7100-000 | | 559.90 | 4,463.61 |
| | | Dfs Services LLC | | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, OH 43054-3025 | | | | | |
| 01/17/11 | 001006 | PYOD LLC its successors and assigns as assignee of | Claim 000003, Payment 9.80% | 7100-000 | | 190.98 | 4,272.63 |
| | | Citibank, NA | | | | | |
| | | c/o Resurgent Capital Services | | | | | |
| | | PO Box 19008 | | | | | |
| | | Greenville, SC 29602- | | | | | |

LFORM2T4    UST Form 101-7-TDR (10/1/2010) *(Page: 11)*      Ver: 16.01c

FORM 2 | Page: 3
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD | Exhibit 9

| Case No: | 10-14226 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- |
| Case Name: | ZIMMERMAN, STEVEN A | Bank Name: | Bank of America, N.A. |
| | KOPINSKI-ZIMMERMAN, CHRISTINA M | Account Number / CD #: | *******6477 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2446 | | |
| For Period Ending: | 02/03/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/17/11 | 001007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 9.80% | 7100-000 | | 413.40 | 3,859.23 |
| 01/17/11 | 001008 | 1st Security Bank of Washington<br>ATTN: Kathy VonHagel<br>PO Box 97000<br>Lynnwood, WA 98046 | Claim 000006, Payment 9.80% | 7100-000 | | 1,833.71 | 2,025.52 |
| 01/17/11 | 001009 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000007, Payment 9.80% | 7100-000 | | 210.39 | 1,815.13 |
| 01/17/11 | 001010 | Fia Card Services, NA/Bank of America<br>by Amer Infosource Lp,Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000008, Payment 9.80% | 7100-000 | | 249.33 | 1,565.80 |
| 01/17/11 | 001011 | Fia Card Services, NA/Bank of America<br>by Amer Infosource Lp As Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000009, Payment 9.80% | 7100-000 | | 679.71 | 886.09 |
| 01/17/11 | 001012 | Fia Card Services, NA/BofA<br>by Amer Infosource Lp Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000010, Payment 9.80% | 7100-000 | | 255.73 | 630.36 |
| 01/17/11 | 001013 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000011, Payment 9.80% | 7100-000 | | 518.46 | 111.90 |
| 01/17/11 | 001014 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000012, Payment 9.80% | 7100-000 | | 111.90 | 0.00 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 10-14226 -PSH | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | ZIMMERMAN, STEVEN A | | Bank Name: | Bank of America, N.A. |
| | KOPINSKI-ZIMMERMAN, CHRISTINA M | | Account Number / CD #: | *******6477 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2446 | | | |
| For Period Ending: | 02/03/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******6477
- Balance Forward 0.00
- 0 Deposits 0.00
- 0 Interest Postings 0.00
- Subtotal $ 0.00
- 0 Adjustments In 0.00
- 2 Transfers In 26,941.78
- Total $ 26,941.78

- 14 Checks 26,941.78
- 0 Adjustments Out 0.00
- 0 Transfers Out 0.00
- Total $ 26,941.78

Memo Allocation Receipts: 0.00
Memo Allocation Disbursements: 0.00

Memo Allocation Net: 0.00

Report Totals
- Balance Forward 0.00
- 1 Deposits 26,940.00
- 6 Interest Postings 1.78
- Subtotal $ 26,941.78
- 0 Adjustments In 0.00
- 2 Transfers In 26,941.78
- Total $ 53,883.56

- 14 Checks 26,941.78
- 0 Adjustments Out 0.00
- 2 Transfers Out 26,941.78
- Total $ 53,883.56

- Net Total Balance $ 0.00

Total Allocation Receipts: 40,000.00
Total Allocation Disbursements: 13,060.00

Total Memo Allocation Net: 26,940.00

LFORM2T4 UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Ver: 16.01c